UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ENDURE INDUSTRIES, INC., § § Plaintiff, § § V. § § VIZIENT, INC., VIZIENT SUPPLY, § LLC, VIZIENT SOURCE, LLC, and § PROVISTA, INC., § § Defendants. § | C.A. No. 3:20-cv-03190-X |

## NOTICE OF APPEARANCE OF COUNSEL

NOTICE IS HEREBY GIVEN that TRAVIS DANIEL JONES and HAYDEN GRAHAM HANSON ("Counsel") of the law firm Lynn Pinker Hurst & Schwegmann, LLP, located at 2100 Ross Avenue, Suite 2700, Dallas, Texas 75201, telephone: (214) 981-3800, facsimile (214) 981-3839, hereby appear as additional counsel of record for Plaintiff Endure Industries, Inc.

Counsel respectfully request that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon the undersigned via ECF or at the office, postal address, electronic mail address or facsimile number listed below.

1

DATED: March 2, 2023          Respectfully submitted,

/s/ *Travis D. Jones*
Christopher W. Patton
State Bar No. 24083634
cpatton@lynnllp.com
Andrés Correa
State Bar No. 24076330
acorrea@lynnllp.com
Travis D. Jones
State Bar No. 24101978
tjones@lynnllp.com
Hayden G. Hanson
State Bar No. 24110598
hhanson@lynnllp.com

**LYNN PINKER HURST & SCHWEGMANN, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (214) 981-3800
Facsimile: (214) 981-3839

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record *via ECF* on this March 2, 2023.

/s/ *Travis D. Jones*
Travis D. Jones

2