UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ENDURE INDUSTRIES, INC., | § § § § § § § § § § | |
| *Plaintiff*, | | |
| v. | | Civil Action No. 3:20-CV-03190-X |
| VIZIENT, INC., VIZIENT SUPPLY, LLC, VIZIENT SOURCE, LLC, and PROVISTA, INC., | | |
| *Defendant.* | | |

**CERTIFICATE REGARDING JUDGE-SPECIFIC REQUIREMENTS**

I, the undersigned attorney, hereby certify that I have read and will comply with all judge-specific requirements for Judge Brantley Starr, United States District Judge for the Northern District of Texas.

I further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be checked for accuracy, using print reporters or traditional legal databases, by a human being before it is submitted to the Court. I understand that any attorney who signs any filing in this case will be held responsible for the contents thereof according to Federal Rule of Civil Procedure 11, regardless of whether generative artificial intelligence drafted any portion of that filing.

1

DATE: June 6, 2023    Respectfully submitted,

*/s/ P. Campbell Sode*
P. Campbell Sode
Texas Bar No. 24134507
csode@lynnllp.com
**LYNN PINKER HURST & SCHWEGMANN, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
(214) 981-3800 – Telephone
(214) 981-3839 -  Facsimile

**ATTORNEY FOR PLAINTIFF
ENDURE INDUSTRIES, INC.**