THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ENDURE INDUSTRIES, INC. | § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 3:20-cv-3190-X |
| v. | § § § | |
| VIZIENT, INC., a Delaware corporation, VIZIENT SUPPLY, LLC, a Delaware limited liability company, VIZIENT SOURCE, LLC, a Delaware limited liability company, and PROVISTA, INC., a Delaware corporation, | § § § § § § § § | |
| Defendants. | § | |

## JOINT STATUS REPORT

Plaintiff Endure Industries, Inc. ("Plaintiff") and Defendants Vizient, Inc., Vizient Supply, LLC, Vizient Source, LLC, and Provista, Inc. (collectively, "Defendants"), through their respective counsel, submit this Joint Status Report and state as follows:

On June 23, 2023, the Court issued its Memorandum Opinion and Order (the "Order") (Dkt. 160) in response to Plaintiff's Motion to Compel (Dkt. 134). Therein, the Court ordered the parties to file a joint status report and set forth their views on whether the Order contained any confidential information and should therefore be sealed.

The parties have conferred and are in agreement that the Order does not contain any confidential information and should therefore be unsealed.

1

| | |
|---|---|
| DATE:  July 10, 2023 | Respectfully submitted, |
| */s/ Ronald W. Breaux* | */s/ Christopher W. Patton* |
| Ronald W. Breaux | Christopher W. Patton |
| Texas Bar No. 02937200 | State Bar No. 24083634 |
| ron.breaux@haynesboone.com | cpatton@lynnllp.com |
| Benjamin G. Goodman | Andrés Correa |
| Texas Bar No. 24091433 | State Bar No. 24076330 |
| benjamin.goodman@haynesboone.com | acorrea@lynnllp.com |
| | Travis D. Jones |
| **HAYNES AND BOONE, LLP** | State Bar No. 24101978 |
| 2323 Victory Avenue, Suite 700 | tjones@lynnllp.com |
| Dallas, Texas 75219 | Hayden G. Hanson |
| 214.651.5000 (phone) | State Bar No. 24110598 |
| 214.651.5940 (fax) | hhanson@lynnllp.com |
| | Bennett Hampilos |
| *Counsel for Defendants* | State Bar No. 24121271 |
| | bhampilos@lynnllp.com |
| | |
| | **LYNN PINKER HURST & SCHWEGMANN, LLP** |
| | 2100 Ross Avenue, Suite 2700 |
| | Dallas, TX 75201 |
| | Telephone: 214-981-3800 |
| | Facsimile: 214-981-3839 |
| | |
| | *Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 10, 2023, a copy of the above was served on all parties of record *via CM/ECF*.

*/s/ Travis D. Jones*
Travis D. Jones
