UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ENDURE INDUSTRIES INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 3:20-CV-3190-X |
| | § | |
| VIZIENT INC., et al., | § | |
| | § | |
| *Defendants*. | § | |

## **FINAL JUDGMENT**

Pursuant to the Court's order at Doc. 280, the Court enters final judgment in this action in favor of Defendants Vizient, Inc., Vizient Supply, LLC, Vizient Source, LLC, Novation, LLC, Novation Ventures, LLC, and Provista, Inc.

Any party seeking fees must file a motion within 45 days of this order. If any party appeals before then, the Court will suspend this deadline pending appeal. The Court further directs Vizient to file a bill of cost within 45 days of this order.[1] All relief not expressly granted is denied. This is a final judgment.

---

[1] *See* FED. R. CIV. P. 54(d)(1) ("Unless a federal statute, these rules, or a court order provides otherwise, costs—other than attorney's fees—should be allowed to the prevailing party.").

**IT IS SO ORDERED** this 9th day of October, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE